UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO MARADIAGA BENAVIDEZ, aka MARIO MARTINEZ-MORENO,<br><br>Petitioner,<br><br>v.<br><br>ALBERTO GONZALES, et al.,<br><br>Respondents. | CASE NO. C07-0463-RSL-MAT<br><br>ORDER GRANTING TEMPORARY STAY OF REMOVAL |

Petitioner, proceeding through counsel, has filed a Petition for Writ of Habeas Corpus and Emergency Motion for Stay of Deportation, Dkt. #1, pursuant to 28 U.S.C. § 2241, and an Emergency Motion for Stay of Deportation, Dkt. #2. The Court does hereby ORDER:

(1) Petitioner's removal is temporarily STAYED pending briefing and a resolution of petitioner's motion for stay. The Court expresses no views at this time as to the merits of petitioner's habeas petition or motion for stay.

(2) Respondents shall file a response to petitioner's request for stay within 15 days of the entry of this Order.

/ / /

ORDER GRANTING TEMPORARY
STAY OF REMOVAL
PAGE -1

(3) The Clerk shall direct a copy of this Order to all counsel of record, and shall forward a copy of this Order to Judge Theiler.

DATED this 29th day of March, 2007.

*signature*

Robert S. Lasnik
United States District Judge

Recommended for Entry
this 29th day of March, 2007.

s/ Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING TEMPORARY
STAY OF REMOVAL
PAGE -2