UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO MARADIAGA BENEVIDEZ, aka, MARIO MARTINEZ-MORENO,<br><br>Petitioner,<br><br>v.<br><br>ALBERTO R. GONZALES, et al.,<br><br>Respondents. | CASE NO.  C07-0463-RSL-MAT<br><br>ORDER GRANTING PETITIONER'S MOTION FOR STAY OF DEPORTATION |

On March 28, 2007, petitioner, proceeding through counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and an Emergency Motion for Stay of Deportation. (Dkts. #1, #2). The Court ordered petitioner's deportation temporarily stayed pending briefing and a resolution of petitioner's motion for stay. (Dkt. #4). Respondents have replied that they have no objection to such a stay, pending a decision on the merits of petitioner's habeas petition. (Dkt. #8).

Accordingly, the Court does hereby find and ORDER:

(1) Petitioner's request for a stay of deportation is GRANTED, and petitioner's deportation is STAYED pending the resolution of the habeas corpus action in this Court.

(2) The Court expresses no views at this time as to the merits of petitioner's habeas

ORDER GRANTING PETITIONER'S
MOTION FOR STAY OF DEPORTATION
PAGE – 1

petition.

(3) The Clerk shall direct a copy of this Order to all counsel of record, and shall forward a copy of this Order to Judge Theiler.

DATED this 16th day of April, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 16th of April, 2007.

s/MARY ALICE THEILER
_____
MARY ALICE THEILER
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR STAY OF DEPORTATION
PAGE – 2