District Judge Robert S. Lasnik
Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIO MARADIAGA BENAVIDEZ, aka MARIO MARTINEZ-MORENO, (Agency # 73-242-034),

Petitioner,

v.

ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of U.S. Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; and A. NEIL CLARK, Field Office Director of Immigration and Customs Enforcement,

Respondents.

No. C07-0463-RSL-MAT

**JOINT STIPULATION STAYING PROCEEDINGS**

On March 28, 2007, Petitioner filed a habeas petition seeking, among other things, the issuance of a Form I-290C, Notice of Certification, as well as release from custody. On March 29, the Court ordered the Defendants to show cause why the Petition should not be granted. *See* Dkt. No. 3. The Defendants subsequently received an extension of time until May 14, 2007 to respond to the order to show cause. *See* Dkt. No. 15.

On April 30, 2007, the United States Citizenship and Immigration Services issued a Form I-290C. The parties now respectfully request that the proceedings be stayed until

JOINT STIPULATION - 1
C07-00463-RSL-MAT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  May 21, 2007 to allow for a custody determination to be made in light of the issuance of
2  the Form I-290C.  Therefore, the parties, by and through their respective attorneys,
3  hereby STIPULATE, AGREE, and JOINTLY REQUEST that the proceedings be
4  temporarily stayed, and that the Defendants have until May 21, 2007 to show cause and
5  to respond to the Petition.
6  Dated this 11th day of May, 2007.

JEFFREY C. SULLIVAN                         GIBBS HOUSTON PAUW
United States Attorney

/s/ Thomas M. Woods                          /s/ Robert H. Gibbs
  THOMAS M. WOODS                         Robert H. Gibbs
Assistant United States Attorney              GIBBS HOUSTON PAUW
United States Attorney's Office                1000 Second Avenue, Suite 1600
700 Stewart Street, Suite 5220                Seattle, Washington 98104
Seattle, Washington 98101-1271              Phone: 206-682-1080
Phone: 206-553-7970                          Fax: 206-689-2270
Fax: 206-553-4073                            E-mail: rgibbs@ghp-law.net
E-mail: thomas.woods2@usdoj.gov        Attorneys for Plaintiff
Attorneys for Defendants

### ORDER

The parties having so stipulated, the above is **SO ORDERED**.  The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 14th day of May, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

Recommended for Entry
this <u>14th</u> day of May, 2007:

s/ Mary Alice Theiler
United States Magistrate Judge

JOINT STIPULATION - 2
C07-00463-RSL-MAT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Presented by:

2

3  /s/ Thomas M. Woods
   THOMAS M. WOODS
4  Assistant United States Attorney
   United States Attorney's Office
5  700 Stewart Street, Suite 5220
6  Seattle, Washington 98101-1271
   Phone: 206-553-7970
7  Fax:    206-553-4073
   E-mail: thomas.woods2@usdoj.gov
8  Attorneys for Defendants

9

10

11 /s/ Robert H. Gibbs
   Robert H. Gibbs
12 GIBBS HOUSTON PAUW
   1000 Second Avenue, Suite 1600
13 Seattle, Washington 98104
   Phone: 206-682-1080
14 Fax: 206-689-2270
15 E-mail: rgibbs@ghp-law.net
   Attorneys for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION - 3
C07-00463-RSL-MAT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970