UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO MARADIAGA BENAVIDEZ, aka MARIO MARTINEZ-MORENO, (Agency # 73-242-034),<br><br>     Petitioner,<br><br>     v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of U.S. Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; and A. NEIL CLARK, Field Office Director of Immigration and Customs Enforcement,<br><br>     Respondents. | No. C07-00463-RSL-MAT<br><br>**JOINT STIPULATION EXTENDING STAY** |

On March 28, 2007, Petitioner filed a habeas petition seeking, among other things, the issuance of a Form I-290C, release from custody, and a stay of removal. On March 29, the Court ordered the Defendants to show cause why the Petition should not be granted. *See* Dkt. No. 3. Defendants subsequently received an extension of time to respond to the order. *See* Dkt. No. 13.

On April 30, 2007, the United States Citizenship and Immigration Services issued a Form I-290C. On May 14, 2007, the Court stayed the proceedings to allow for a custody determination to be made. *See* Dkt. 17. On May 15, 2007, Petitioner was released on bond.

JOINT STIPULATION CONTINUING STAY - 1
C07-00463-RSL-MAT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  The parties now respectfully request that the proceedings continue to be stayed for
2  a period of 30 days in light of the fact that Petitioner's I-246 stay application remains
3  pending in the immigration proceedings, and no determination has been made yet on the
4  application.  Therefore, the parties, by and through their respective attorneys, hereby
5  STIPULATE, AGREE, and JOINTLY REQUEST that the proceedings be stayed for a
6  period of 30 days from the date that this order is entered, and that the Defendants have
7  until that time to show cause and to respond to the Petition.
8  Dated this 21st day of May, 2007.

| | |
|---|---|
| JEFFREY C. SULLIVAN<br>United States Attorney | GIBBS HOUSTON PAUW |
| /s/ Thomas M. Woods<br>  THOMAS M. WOODS<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4073<br>E-mail: thomas.woods2@usdoj.gov<br>Attorneys for Defendants | /s/ Robert H. Gibbs<br>Robert H. Gibbs<br>GIBBS HOUSTON PAUW<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104<br>Phone: 206-682-1080<br>Fax: 206-689-2270<br>E-mail: rgibbs@ghp-law.net<br>Attorneys for Plaintiff |

### ORDER

The parties having so stipulated, the above is **SO ORDERED**.  The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 22nd day of May, 2007.

*(signature)*
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 21st day of May, 2007.

s/ Mary Alice Theiler
United States Magistrate Judge

JOINT STIPULATION CONTINUING STAY - 2
C07-00463-RSL-MAT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970