UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO MARADIAGA BENAVIDEZ, aka MARIO MARTINEZ-MORENO,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL B. MUKASEY,[1] Attorney General, et al.,<br><br>Respondents. | CASE NO.  C07-0463-RAJ-MAT<br><br>ORDER TO SHOW CAUSE |

On August 28, 2007, this Court issued a stipulated Order extending by 60 days a stay of proceedings already in place. (Dkt. #25)  Prior to the end of the 60 day time period, respondents were to file a response to petitioner's petition, or alternatively notify the Court if a hearing were scheduled before the Immigration Court.  To date, neither a response to the petition nor a filing notifying the Court of case status has been filed.  Accordingly, respondents are ORDERED to show cause within twenty (20) calendar days of the date on which this Order is signed why petitioner's § 2241 petition should not be granted.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), Attorney General Michael B. Mukasey is automatically substituted as a respondent in this case.

ORDER TO SHOW CAUSE
PAGE – 1

The Clerk is directed to send a copy of this Order to all counsel of record, and to the Honorable Richard A. Jones.

DATED this 6th day of December, 2007.

Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE – 2